# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA  )   CASE NUMBER  08mj8218
                         )
vs                       )   ABSTRACT OF ORDER
                         )
                         )   Booking No. _____
Miguel Angel Rodriguez-Acosta )
                         )
                         )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3/17/08__
the Court entered the following order:

_____✓_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____✓_____ Defendant released on $ _15,000_ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

             _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

                                         PETER C. LEWIS
                                         UNITED STATES MAGISTRATE JUDGE
                                                    OR
                                         W. SAMUEL HAMRICK, JR.   Clerk
Received _____                 by _____
            DUSM                                    Deputy Clerk

Crim-9   (Rev 6-95)                                ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY